435 A.2d 660

Commonwealth v. Hilton, Appellant.

 Argued December 1, 1980. Susan A. Flynn, Assistant Public Defender, for appellant; Michael S. Goodwin, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.